IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM N. LUCY,              )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )      2:19cv498-MHT
                              )          (WO)
TAHIR SIDDIQ, et al.,         )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 74) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 73) is adopted to the extent set forth in the opinion entered today.

(3) Defendants' motions for summary judgment (Doc. 20, Doc. 21, Doc. 32, Doc. 39, & Doc. 52) are granted as to plaintiff's federal claims, and are otherwise denied.

(4) Judgment is entered in favor of defendants and

against plaintiff on plaintiff's federal claims, with plaintiff taking nothing by his complaint on those claims.

(5) The court declines to exercise jurisdiction over plaintiff's state-law claims, and they are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff as to the federal claims only, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of July, 2022.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE