IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM N. LUCY,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:19cv498-MHT
                              )         (WO)
TAHIR SIDDIQ, et al.,         )
                              )
     Defendants.              )
```

**ORDER**

It is ORDERED that:

(1)  Plaintiff's motion for clarification (Doc. 84) is denied.  The issues raised in the motion were adequately addressed in the companion order entered today denying plaintiff's motion to set aside judgment under Fed. R. Civ. P. 60(b)(1) (Doc. 85).

(2)  Plaintiff's motion for leave to file motion for default judgment (Doc. 87) is denied.

**(3)  Plaintiff's motion for status (Doc. 88) is denied.**

**DONE, this the 6th day of March, 2023.**

<pre>
         <u>/s/ Myron H. Thompson</u>
       <b>UNITED STATES DISTRICT JUDGE</b>
</pre>